UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,
v.                        ORDER
                                 Criminal No. 08-170 (MJD/RLE)

Dennis Edward Pietrantonio,

    Defendant.

---

The above-entitled matter comes before the Court upon Defendant's objections to the Report and Recommendation of Chief United States Magistrate Raymond L. Erickson dated July 14, 2008.

Pursuant to statute, the Court has conducted a _de novo_ review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review the Court ADOPTS the Report and Recommendation dated July 14, 2008.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss the Indictment [Doc. No. 27] is DENIED.

Date: September 9, 2008

                                                s/Michael J. Davis
                                                Michael J. Davis, Chief Judge
                                                United States District Court